UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

KEVIN C. McKEVITT

                              **Plaintiff,**

    -against-                                                   11-CV-970

MICHAEL J. ASTRUE,
**Commissioner of Social Security,**

                              **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## ORDER

Consistent with the September 11, 2013 Mandate of the United States Court of Appeals for the Second Circuit, it is hereby

**ORDERED** that the September 26, 2012 Judgment [dkt. # 19] is VACATED, and the matter is REMANDED to the Commissioner of Social Security for further proceedings.

**Dated:** September 12, 2013

_____
Thomas J. McAvoy
Senior, U.S. District Judge