# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## AMENDED JUDGMENT IN A CIVIL CASE

**TERRANCE M. MCKEVITT**

        Plaintiff

vs.         **CASE NUMBER: 1:11-CV-970 (TJM)**

**CAROLYN W. COLVIN,**
**Commissioner of Social Security**

        Defendant

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That pursuant to the Second Circuit Court of Appeals Mandate, the Judgment issued on 9/26/2012 is VACATED and this action is hereby REMANDED to the Commissioner of Social Security for further proceedings.

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 12th day of September, 2013.

DATED: September 13, 2013

*[signature]*
Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk